# United States Bankruptcy Court
# District of Maine

| | | |
|---|---|---|
| In re:  Charles Pappas | ) | |
| Debtor | ) | |
| Donna Parris | ) | Case No.: 18-20179 |
| | ) | |
| Plaintiff | ) | Chapter: 13 |
| v. | ) | |
| Charles Pappas | ) | |
| | ) | Adv. Proc. No.: 18-2005 |
| Defendant | | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:    Alec Leddy, Clerk
U.S. Bankruptcy Court
202 Harlow St., 3rd Floor
Bangor, ME 04401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
David Lavery
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT  06106

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:   U.S. Bankruptcy Court
202 Harlow St., 3rd Floor
Bangor, Maine

Room: 30600

Date & Time: August 30, 2018 at 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**U.S. Bankruptcy Court**
District of Maine

Date: June 19, 2018

_____
*Alec Leddy*
*Clerk of the Bankruptcy Court*

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
>                                                        >

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
>                                                        >

☐ Residence Service: By leaving the process with the following adult at:
>                                                        >

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
>                                                        >

☐ Publication: The defendant was served as follows: [Describe briefly]
>

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                        (name of state)
>

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                                        Signature

Print Name:

Business Address:

City:        State:        Zip: