# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Charles Pappas,<br><br>　　　　　　　Debtor | Chapter 13<br>Case No. 18-20179 |
| Donna Parris,<br><br>　　　　　　　Plaintiff<br>　v.<br><br>Charles Pappas,<br><br>　　　　　　　Defendant | Adv. Proc. No. 18-2005 |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME AND SETTING DEADLINE FOR PLAINTIFF'S REPLY

Defendant's Motion to Extend Time [Dkt. No. 24] is granted on the terms set forth in this order. Defendant must file a supplement to his response to plaintiff's motion for summary judgment, if any, on or before February 12, 2019. Plaintiff must file a reply to defendant's supplemental response, if any, on or before February 19, 2019. After that date, the Court will determine whether to set the motion for summary judgment for further hearing, or to rule on the motion without additional argument.

Dated: January 15, 2019

　　　　　　　　　　　　　　　　　　　Michael A. Fagone
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　District of Maine