## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Charles Pappas,<br><br>　　　　　　Debtor | Chapter 13<br>Case No. 18-20179 |
| Donna Parris,<br><br>　　　　　　Plaintiff<br>　v.<br><br>Charles Pappas,<br><br>　　　　　　Defendant | Adv. Proc. No. 18-2005 |

## **JUDGMENT**

For the reasons articulated during the Court's oral ruling on April 2, 2019 [Dkt. No. 33], Ms. Parris' Motion for Summary Judgment [Dkt. No. 15] is granted.

It is therefore ORDERED that all components of Mr. Pappas' debt to Ms. Parris arising out of the Connecticut District Court Judgment in <u>Parris v. Pappas</u>, Case No. 3:10-cv-1128-WWE are hereby adjudged nondischargeable in Mr. Pappas' chapter 7 case, Case No. 18-20179, pursuant to 11 U.S.C. § 1328(a)(4). Those components consist of $262,407 in compensatory and punitive damages, the so-called "First Attorney Fee Award" of $87,392.50, and the so-called "Second Attorney Fee Award" authorized by the Connecticut District Court's order of August 6, 2012, in an amount to be determined in further proceedings in the Connecticut District Court.

Date: April 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　Michael A. Fagone
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　District of Maine